UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL ORR,

                    Plaintiff,

          v.                                    CAUSE NO.: 3:19-CV-154-JD-MGG

ANDREW LIAW, et al.,

                    Defendants.

<u>OPINION AND ORDER</u>

Michael Orr, a prisoner without a lawyer, filed a motion asking for preliminary injunctive relief to obtain adequate medical care and treatment for his chronic left elbow pain and numbness.[1] ECF 10. After reviewing the motion, the court ordered Warden Sevier to file and serve a sworn statement explaining how Michael Orr was being treated for the chronic pain and numbness in his left elbow. ECF 16. The Warden filed his timely response on July 21, 2019. ECF 21, *see also* ECF 18 and 19. The Warden provided 1,686 pages of medical records and argues Orr "has received physical therapy, pain medication, and continual monitoring." ECF 21 at 7. Orr has not responded and it appears he has conceded that he is receiving medical treatment for the chronic pain in his left elbow as required by the Eighth Amendment. However, before ruling on his motion, the court will afford him the opportunity to explain why the medical treatment he is receiving is not sufficient to satisfy the Eighth Amendment.

---

[1] Orr's motion also asked for other injunctive relief, but those requests were denied by this court on July 9, 2019. ECF 16.

For these reasons, Michael Orr is GRANTED until September 5, 2019, to file a reply brief in support of his motion for a preliminary injunction. He is CAUTIONED if he does not respond by the deadline, the court may rule on his preliminary injunction motion without a reply from him.

SO ORDERED on August 13, 2019

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge