UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL ORR,

    Plaintiff,

    v.

MARK SEVIER, et al.,

    Defendants.

Case No. 3:19-CV-154 JD

## COURT'S VERDICT FORM

**The jury must unanimously agree on the answer to each question.**

*(Remainder of this page intentionally left blank)*

**Excessive Force Claim Against Mark Sevier**

We, the jury, find the following as it relates to Michael Orr's claim against Mark Sevier:

1) Is Mr. Sevier liable for use of excessive force against Mr. Orr by others?

Yes: ___    No: ✓

*(If you answered "Yes," then answer Questions 2 and 3; if you answered "No," do not answer questions 2 and 3, instead advance to the claim against Thomas Carter)*

2) Mr. Orr is entitled to compensatory damages in the amount of $_____ for his excessive force claim against Mr. Sevier. [State the amount or, if none, write the word "zero." If you find Mr. Orr is only entitled to nominal damages write "$1."]

3) Mr. Orr is entitled to punitive damages in the amount of $_____ for his excessive force claim against Mr. Sevier. [State the amount or, if none, write the word "zero."]

*(proceed to next page)*

### Excessive Force Claim against Thomas Carter

We, the jury, find the following as it relates to the claim against Thomas Carter:

4) Is Mr. Carter liable for use of excessive force against the Plaintiff by others?

    Yes: ___    No: ✓

*(If you answered "Yes," then answer Questions 5 and 6; if you answered "No," do not answer Questions 5 or 6. Instead sign and date this form.)*

5) Plaintiff is entitled to <u>compensatory damages</u> in the amount of $_____ for his excessive force claim against Mr. Carter. [State the amount or, if none, write the word "zero." If you find Mr. Orr is only entitled to nominal damages write "$1."]

6) Plaintiff is entitled to <u>punitive damages</u> in the amount of $_____ for his excessive force claim against Mr. Carter. [State the amount or, if none, write the word "zero."]

Dated: 9/19/2023

_____
Jury Foreperson

3