AO 450 (Rev. 11/11)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL ORR )<br> )<br>　　　　Plaintiff )<br> )<br>　　v. )<br>ANDREW LIAW )<br>　*Dr., in his individual and official capacity* )<br>　*TERMINATED: 09/13/2021* )<br> )<br>KATHERINE HUTCHINSON )<br>　*Nurse, in her individual and official capacity* )<br>　*TERMINATED: 09/13/2021* )<br> )<br>JOHN DOE )<br>　*Physical Therapist* )<br>　*TERMINATED: 07/03/2019* )<br> )<br>MARK SEVIER )<br>　*in his individual capacity* )<br>　*also known as* )<br>　Mark Servier )<br> )<br>CARTER )<br>　*Correctional Captain, in his individual and* )<br>　*official capacity* )<br> )<br>WEXFORD OF INDIANA )<br>　*TERMINATED: 09/13/2021* )<br> )<br>NATHAN BATES )<br>　*In his individual and official capacity* )<br>　*TERMINATED: 09/13/2021* )<br> )<br>DEANGELA LEWIS )<br>　*in her individual and official capacity* )<br>　*TERMINATED: 09/13/2021* )<br> )<br>WARDEN )<br>　*Westville Correctional Facility in his official* )<br>　*capacity for the injunctive relief claim* )<br>　*TERMINATED: 05/17/2021* )<br> )<br>　　　　Defendants ) | Civil Action No.   3:19-cv-154 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff.

**X** other: JUDGMENT is entered in favor of defendants Mark Sevier and Carter and against plaintiff Michael Orr

This action was (*check one*):

**X** tried by a jury with Judge Jon E. DeGuilio presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE: September 19, 2023                    *CHANDA J. BERTA, CLERK OF COURT*

                                            by /s/J. Schrader _____
                                            *Signature of Clerk or Deputy Clerk*