**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

MICHAEL ORR,          )
    **Plaintiff,**          )
              )
      v.          )     Case No. 3:19-CV-00154-JD
              )
MARK SEVIER          )
    **Defendant(s)**          )

### NOTICE OF FILING PLAINTIFF'S OFFER OF JUDGMENT

Comes now, the Plaintiff Michael Orr, IDOC#133175 , pro-se,

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 68, the Plaintiff Michael Orr, pro se, offers to allow judgment to be taken against him in this action in the amount of $40,000.00 (FORTY-THOUSAND DOLLARS), inclusive of cost and fees.

Continued Page

### CERTIFICATE OF SERVICE

    I declare under penalty of perjury that a true and accurate copy of the foregoing Notice has been duly served upon Indiana Attorney General's Office, Indiana Government Center South, 302 W. Washington St 5th Floor, Indianapolis, IN 46204 by personally handing the same to the appropriate staff at the Westville Correctional Facility to be placed in the facility's prison legal mail system and deposit in the United States mail, First-Class postage prepaid, on this 12 day of September , 20 23 .

                                    Plaintiff / *pro se*
                                    Michael Orr, IDOC# 133175
                                    Westville Correctional Facility
                                    Westville Control Unit, A3-101
                                    5501 South 1100 West
                                      Westville, IN. 46391

**PLEASE TAKE FURTHER NOTICE**, that this Offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that the Defendants is liable in this action, or that the Plaintiff has suffered any damages.

Date: 9/12/2023

Respectfully Submitted,

plaintiff / pro se

Michael Orr, IDOC# 133175
Westville Correctional Facility
Westville Control Unit, A3-101
5501 South 1100 West
Westville, IN 46391

2